# EXHIBIT C





♡ Save    ⇗ Share    + Add a Review

# USIC

## WORKING AT USIC

Zippia Score 3.7

| 6.4 | 6.8 | 8.9 |
|---|---|---|
| Salary Score (https://www.zippia.com/usic-careers-43227/#salaries) | Diversity Score (https://www.zippia.com/usic-careers-43227/#demographics) | Performance Score (https://www.zippia.com/usic-careers-43227/#finances) |

## USIC OVERVIEW

USIC is the most trusted name in underground utility damage prevention, providing a full suite of utility services throughout the United States and Canada.

USIC is a well-established company. It was founded way back in 1978. This time-proven company loves to hire graduates from University of Phoenix, with 15.0% of its employees having attended University of Phoenix. Want to explore some other great places to work in Indianapolis, Indiana? You can check out our full list of **Best Companies to Work For in Indianapolis, Indiana (https://dev.zippia.com/company/best-companies-in-indianapolis-in/)**. The average employee at USIC makes $72,856 per year, which is competitive for its industry and location. Some of its highest paying competitors, **Olameter (https://dev.zippia.com/olameter-careers-33603/)**, **S&N Communications (https://dev.zippia.com/s-n-communications-careers-37269/)**, and **Byers Engineering (https://dev.zippia.com/byers-engineering-careers-17704/)**, pay $82,916, $78,357, and $71,420, respectively.

A large manufacturing company with 7,658 employees and an annual revenue of $1.4B, USIC is headquartered in Indianapolis, Indiana.

**The Organization's Mission**
To deliver quality, efficient, safe, and innovative solutions to protect our partner's infrastructure and critical assets.

**Perks of Working at USIC**
Aside from the great pay and benefits, employees say the company also gives production incentives and good working hours.

**Industry**
Utilities

| Revenue | Headquarters |
|---|---|
| $1.4B | Indianapolis, IN |

| Employees | Website |
|---|---|
| 7,658 | www.usicllc.com |

| Founded in | Organization Type |
|---|---|
| 1978 | Private |

**Is This Your Company?**

Claim This Company Page

# USIC JOBS

OVERVIEW(/USIC-CAREERS-43227/#OVERVIEW)   JOBS(/USIC-CAREERS-43227/#JOBS)   TEAM(/USIC-CAREERS-43227/#TEAM)   REVIEWS(/USIC-CAREERS-43227 More

Job Title   Location   Filters



| USIC | USIC | USIC | USIC |
| Hauppauge, NY | Jersey City, NJ | New York, NY | Brownsburg, IN |
| Admin Researcher/Dispatcher | Utility Locator | Utility Locator | Utility Locator |
| 22 days ago  $14.00 hourly | 2 months ago  $17.00 hourly | a month ago  $17.00 hourly | 4 days ago  NEW |

# THE TEAM AT USIC

**Key People**
Christa Harrell (Vice President Of Human Resources)
Amit Shankar (Chief Information Officer)
Le Grimes (Marketing Manager)

**The Inside Scoop**
Headquartered in Carmel, Indiana, USIC is the most trusted name in underground utility damage prevention. This private company has been providing a full suite of utility services throughout the United States and Canada since 1978. USIC always aims to fulfill their...

Show More



Show More

## The Culture At USIC

Information provided by the company

 The name USIC is highly recognized and respected for our strong commitment to quality and safety. We are looking for individuals to join the USIC family who consider themselves problem solvers, are confident, take pride in public safet…
Show More



# WHAT DO PEOPLE SAY ABOUT USIC

### 1.0

(/reviews/employee-review-43227-5df68947c9b54f002c685879/)Zippia User (/reviews/employee-review-43227-5df68947c9b54f002c685879/) · December 2019

**What Do You Like About Working There?**
Nothing they are the most micromanage company I ever worked for . They are management heavy. They forgot we're they make there money it's locators not management Show More

### 1.0

 (/reviews/employee-review-43227-5d9772917a54060029b6bd9d/)Zippia User (/reviews/employee-review-43227-5d9772917a54060029b6bd9d/) · October 2019

**What Do You Like About Working There?**
Nothing at all **Show More**

---

## Work at USIC ? Share your experience anonymously.



**What do you like about working for USIC?**

[                                                                          ]

[ Submit Anonymous Review ]

---

## USIC RANKINGS

USIC is ranked #17 on the **Best Utilities Companies to Work For in Indiana (/company/best-utilities-companies-indiana/)** list. Zippia's Best Places to Work lists provide unbiased, data-based evaluations of companies. Rankings are based on government and proprietary data on salaries, company financial health, and employee diversity.

🏆 **#17** in **Best Utilities Companies to Work For in Indiana (/company/best-utilities-companies-indiana/)**

🏆 **#6** in **Best Utilities Companies to Work For in Indianapolis, IN (/company/best-utilities-companies-in-indianapolis-in/)**

🏆 **#29** in **Biggest Companies in Indiana (/company/best-biggest-companies-indiana/)**

🏆 **#9** in **Biggest Companies in Indianapolis, IN (/company/best-biggest-companies-in-indianapolis-in/)**

[ See All Best Workplace Rankings ]

Read more about **how we rank companies. (/research/rankings-methodology/)**

# USIC SALARIES



**Salary Score**

**6.4**

**How much does USIC pay?**

The national average salary for a USIC employee in the United States is $72,393 per year. Employees in the top 10 percent can make over $151,000 per year, while employees at the bottom 10 percent earn less than $34,000 per year.

**Average Employee Earnings**

| | | |
|---|---|---|
| Olameter | $79,228 | (/olameter-careers-33603/salary/) |
| USIC | $72,393 | (/usic-careers-43227/salary/) |
| | $71,474 | (/byers-engineering-careers-17704/salary/) |
| ELM | $54,407 | (/elm-locating-careers-22373/salary/) |
| | $51,165 | (/american-water-works-careers-675/salary/) |

**Categories**
Utilities Companies (/company/utilities/)

**High Paying Jobs**
Lead Technician (https://www.zippia.com/usic-careers-43227/salary/#by-job-title), Damage Prevention Specialist (https://www.zippia.com/usic-careers-43227/salary/#by-job-title)

**Highest Paying Location**
Bridgeport, CT (https://www.zippia.com/usic-careers-43227/salary/#by-location)

**Want to know more?**

Show Salaries (https://www.zippia.com/usic-careers-43227/salary/)

## USIC Salaries By Job Title

While the average employee salary at USIC is $72,393, there is a big variation in pay depending on the role. Some of the job titles with high salaries at USIC are Lead Technician, Damage Prevention Specialist, Locator, and District Manager. A worker with the title Lead Technician salary at USIC can earn an average yearly salary of $112,660. Some of the other roles at USIC are Utility Worker and Administrative Assistant. A worker with the title Utility Worker at USIC earns an average salary of $24,406 per year.

Job Title ⌄

| Rank | Title | Average |
|---|---|---|
| 1 | Lead Technician (/lead-technician-jobs/) | $112,660 |
| 2 | Damage Prevention Specialist (/damage-prevention-specialist-jobs/) | $96,248 |
| 3 | Locator (/locator-jobs/) | $92,330 |
| 4 | District Manager (/district-manager-jobs/) | $85,078 |
| 5 | Supervisor (/supervisor-jobs/) | $77,407 |

Show More

# USIC CAREERS

On average, employees at USIC stay with the company for 1.8 years. Employees most commonly join USIC after leaving US Army. When they leave USIC, they most frequently get their next job at UtiliQuest.

## Average Length of Employment

| | |
|---|---:|
| UtiliQuest (/utiliquest-careers-988859/) | 2.4 years |
| Heath Consultants (/heath-consultants-careers-26000/) | 1.9 years |
| Olameter (/olameter-careers-33603/) | 1.8 years |
| USIC | 1.8 years |

## Top Employers Before USIC

| | |
|---|---:|
| US Army (/us-army-careers-173049/) | 17.6 % |
| Walmart (/walmart-careers-116506/) | 11.7 % |
| UtiliQuest (/utiliquest-careers-988859/) | 7.5 % |
| US MARINE CORPS (/us-marine-corps-careers-1188645/) | 5.5 % |

Show More

## Top Employers After USIC

| | |
|---|---:|
| UtiliQuest (/utiliquest-careers-988859/) | 13.0 % |
| AT&T (/at-t-careers-1041/) | 12.3 % |
| S&N Communications (/s-n-communications-careers-37269/) | 9.3 % |
| US Army (/us-army-careers-173049/) | 7.4 % |

Show More

# USIC EMPLOYEE DEMOGRAPHICS



**6.8**
Diversity Score

We calculated the diversity score of companies by measuring multiple factors, including the ethnic background, gender identity, and language skills of their workforce.

| | USIC | UtiliQuest |
|---|---:|---:|
| **Genders** | | |
| Male | 81.7 % | 74.6% |

| | | |
|---|---|---|
| Female | 10.0 % | 15.6% |
| Unknown | 8.3 % | 9.8% |

### Ethnicity

| | | |
|---|---|---|
| White | 65.2 % | 55.4% |
| Hispanic Or Latino | 15.4 % | 16.5% |
| Black Or African American | 10.9 % | 19.0% |
| Asian | 5.3 % | 5.6% |

Show More

# USIC EMPLOYEES EDUCATION

Of the 7,658 employees at USIC, 15.0% attended University of Phoenix. Employees at USIC most frequently majored in Business, and most employees' highest level of education is Other.

| | USIC | UtiliQuest |
|---|---|---|
| **Schools** | | |
| University of Phoenix | 15.0 % | 16.8% |
| Metropolitan Community College | 7.1 % | - |
| The Academy | 6.2 % | 4.8% |
| Purdue University | 6.2 % | - |

Show More

| | | |
|---|---|---|
| **Majors** | | |
| Business | 25.2 % | 25.5% |
| Criminal Justice | 12.9 % | 6.7% |
| General Studies | 9.9 % | 10.7% |
| Computer Science | 5.9 % | 5.2% |

Show More

| | | |
|---|---|---|
| **Degrees** | | |
| Other | 44.2 % | 43.2% |
| Associate | 22.4 % | 20.0% |

| | | |
|---|---|---|
| Bachelors | 19.5 % | 19.6% |
| Certificate | 6.3 % | 7.5% |

Show More

## DO YOU WORK AT USIC?

Help us make this company more transparent.

★ ★ ★ ★ ★

## USIC FINANCIAL PERFORMANCE



**8.9**
Performance
Score

We calculated the performance score of companies by measuring multiple factors, including revenue, longevity, and stock market performance.

| Revenue | Founded in | Organization type |
|---|---|---|
| > $1B | 1978 | Private |

## HOW WOULD YOU RATE THE COMPANY CULTURE OF USIC?

Have you worked at USIC? Help other job seekers by rating USIC.



## USIC COMPETITORS

Based on our research, similar companies to USIC are Danella Companies, Inc., Olameter, and Byers Engineering. The average salaries at Danella Companies, Inc. rank the highest, with their employees earning an average salary of $82,862 per year. The salaries at Olameter average $79,228 per year, and the salaries at Byers Engineering come in at $71,474 per year.



Show More

# COMPETITORS JOBS

Company ˅    Job Title ˅    Filters ˅

# NO RESULTS

Aw snap, no jobs found



## FREQUENTLY ASKED QUESTIONS ABOUT USIC

**When was USIC founded?**
USIC was founded in 1978.

**How many Employees does USIC have?**
USIC has 7,658 employees.

**How much money does USIC make?**
USIC generates $1.4B in revenue.

**What industry is USIC in?**
USIC is in the utilities industry.

**What is USIC's mission?**
USIC's mission statement is "To deliver quality, efficient, safe, and innovative solutions to protect our partner's infrastructure and critical assets."

**What type of company is USIC?**
USIC is a private company.

**Who are USIC's competitors?**
USIC competitors include UtiliQuest, Heath Consultants, Olameter, ELM Locating, American Water Works, Southern California Gas Company, LADWP, Miller Pipeline, Columbia Gas of Ohio, WPS, Avista, Townsend Tree Service, Northern States Power Company, S&N Communications, United Water Services, DUQUESNE Light Holdings, Willbros Utility T&D Holdings, ArkUPS, Danella Companies, UNIBAR Maintenance Services.

**Who works at USIC?**
Christa Harrell (Vice President Of Human Resources)
Amit Shankar (Chief Information Officer)
Le Grimes (Marketing Manager)

## ARE YOU AN EXECUTIVE, HR LEADER, OR BRAND MANAGER AT USIC?

Claiming and updating your company profile on Zippia is free and easy.

Claim This Company Page

COMPANIES (HTTPS://WWW.ZIPPIA.COM/COMPANY/) » INDIANA (HTTPS://WWW.ZIPPIA.COM/COMPANY/BEST-COMPANIES-INDIANA/) » INDIANAPOLIS, IN (HTTPS://WWW.ZIPPIA.COM/COMPANY/BEST-COMPANIES-IN-INDIANAPOLIS-IN/) » USIC

You can find out what it is like to work at USIC, also known as USIC and USIC LLC.

Zippia gives an in-depth look into the details of USIC, including salaries, political affiliations, employee data, and more, in order to inform job seekers about USIC. The employee data is based on information from people who have self-reported their past or current employments at USIC. While we have made attempts to ensure that the information displayed are correct, Zippia is not responsible for any errors or omissions, or for the results obtained from the use of this information. The data presented on this page does not represent the view of USIC and its employees or that of Zippia.

## ZIPPIA

About Us (/about-us/)

Employer Services (/employer/)

Terms of Use (/terms-of-use/)

Privacy Policy (/privacy-policy/)

Contact Us (/contact-us/)

## CAREERS & JOBS

Job Resources (/research/get-your-first-job-resources/)

Careers Advice (/advice/)

Careers by Categories (/careers/)

Jobs by Location (/jobs/)

College Grad Careers (/colleges-and-majors/)

Original Research (/research/)

## JOB CATEGORIES

Architecture and Engineering (/architecture-and-engineering-industry/)

Arts, Entertainment, Sports, and Media (/arts-entertainment-sports-and-media-industry/)

Building and Grounds Maintenance (/building-and-grounds-maintenance-industry/)

Business and Financial (/business-and-financial-industry/)

Community and Social Services (/community-and-social-services-industry/)

Computer and Mathematical (/computer-and-mathematical-industry/)

More

## BEST COMPANIES IN

Alabama (/company/best-companies-alabama/)

Alaska (/company/best-companies-alaska/)

Arizona (/company/best-companies-arizona/)

Arkansas (/company/best-companies-arkansas/)

California (/company/best-companies-california/)

Colorado (/company/best-companies-colorado/)

More

 (/)

Email: **support@zippia.com** (mailto:support@zippia.com)

Copyright © 2020 Zippia, Inc.