AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:20-cv-01370-DRH-ARL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* USIC Locating Services, LLC was received by me on *(date)* Mar 18, 2020, 11:11 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Amy McLaren, Managing Agent Authorized to Accept, who is designated by law to accept service of process on behalf of *(name of organization)* USIC Locating Services, LLC on *(date)* Wed, Mar 18 2020 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $36.10

I declare under penalty of perjury that this information is true.

Date: 3/20/2020

_____
*Server's signature*

Danielle Stevens, Process Server
_____
*Printed name and title*

Delaware Attorney Services
3516 Silverside Road, Unit 16, Wilmington, DE 19810
_____
*Server's address*

Additional information regarding attempted service, etc.:

Documents Served: Summons in a Civil Action; Complaint with Exhibits A, B and C; and Civil Cover Sheet

1) Successful Attempt: Mar 18, 2020, 1:52 pm EDT at Corporation Trust Company, Registered Agent 1209 Orange St., Wilmington, DE 19801 received by Amy McLaren, Managing Agent Authorized to Accept. Age: 35; Ethnicity: Caucasian; Gender: Female; Weight: 135; Height: 5'6"; Hair: Brown;