UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DAVID WEXLER

                              Plaintiff,                     Docket No. 2:20-cv-1370-DRH-ARL

        - against -

USIC LOCATING SERVICES, LLC

                              Defendant.

## CLERK'S CERTIFICATE OF DEFAULT

I, DOUGLAS C. PALMER, Clerk of the United States District Court for the Eastern

District of New York, do hereby certify that this action was commenced on March 14, 2020 with

the filing of a summons and complaint.  On March 18, 2020, a copy of the summons and

complaint was served on defendant USIC Locating Services, LLC ("Defendant") by personally

serving Amy McLaren, a person authorized to accept service on behalf of Defendant.  Proof of

service was therefore filed on December 25, 2020.  I further certify that the docket entries

indicate that the defendant has not filed an answer or otherwise moved with respect to the

complaint herein.  The default of the defendant is hereby noted.

Dated: January 20        , 2021

                                        CLERK OF COURT
Central Islip, NY                       DOUGLAS C. PALMER


                                        By: /s/ James J. Toritto
                                        Deputy Clerk