UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID WEXLER,<br><br>                                    Plaintiff,<br><br>    - against -<br><br>USIC LOCATING SERVICES, LLC<br><br>                                    Defendant. | Docket No. 2:20-cv-1370-DRH-ARL |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon this Notice of Motion; the declaration of James H. Freeman and exhibits attached thereto, the Memorandum of Law and the pleadings and prior proceedings herein; Plaintiff David Wexler will move the Court, before the Honorable Denis R. Hurley (U.S.D.J.) at the United States District Court, 814 Federal Plaza, Central Islip, NY 11722 at a time and place determined by the Court for an Order GRANTING Plaintiff's application for default judgment under Fed.R.Civ. P. 55(b)(2) and Local Rule 55.2 in the amount of $7,500.00 in statutory damages under 17 U.S.C. § 504(c); $5,000.00 in statutory damages under 17 U.S.C. § 1202(c)(3)(B); $245.00 in attorneys' fees and $440.00 costs under 17 U.S.C. § 505; and for such further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that Defendant's opposition papers, if any, must be served within 14 days after service of these motion papers upon Defendant in accordance with L.R. 55.2.

                                                                          Respectfully Submitted,

1

                                      LIEBOWITZ LAW FIRM, PLLC

                                      **s/jameshfreeman/**
                                      James H. Freeman, Esq.
                                      11 Sunrise Plaza, Ste. 305
                                      Valley Stream, NY 11580
                                      (516) 233-1660
                                      JF@LiebowitzLawFirm.com

                                      *Counsel for Plaintiff*
                                      *David Wexler*

TO:

USIC Locating Services, LLC
100 Marcus Blvd, Suite 3
Hauppauge, NY 11788

*Defendant*